**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| M. M. CARDONA, | ) | No. CV 11-551 SVW (CW) |
| | ) | |
|       Petitioner, | ) | JUDGMENT |
| | ) | |
|     v. | ) | |
| | ) | |
| WARDEN, | ) | |
| | ) | |
|       Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED:   02/02/11

                                        STEPHEN V. WILSON
                              United States District Judge